UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GWENDOLYN LEE PEEK,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | 25-CV-6160 (RFT)<br><br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

　　The Electronic Certified Administrative Record is due by **December 15, 2025**. Plaintiff's brief in support shall be filed by **January 14, 2026.** The Government's opposition shall be filed by **February 24, 2026.** Plaintiff's reply brief shall be filed by **March 10, 2026.**

DATED:  November 19, 2025
　　　　　New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**

United States Magistrate Judge