UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gwendolyn Lee Peek,<br><br>                Plaintiff,<br><br>    -against-<br>Commissioner of Social Security,<br><br>                Defendant. | 25cv06160 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

IT IS HEREBY ORDERED that:

| ACTION | DUE DATE |
|---|---|
| Plaintiff's Motion for Judgment on the Pleadings | MAY 14, 2026 |
| Government's Opposition and Cross-Motion for Judgment On the Pleadings | JULY 13, 2026 |
| Plaintiff's Reply (if any) | JULY 27, 2026 |

No further extensions absent extraordinary circumstances.
The Clerk of Court is respectfully requested to terminate ECF 15.

DATED:  March 25, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge