**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

GWENDOLYN L. P.,

Plaintiff,

-against-

25 **CIVIL** 6160 (GRJ)

# JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision & Order dated November 2, 2026, Plaintiff's Motion for Judgment on the Pleadings is DENIED; the Commissioner's request for Judgment on the Pleadings is GRANTED; and this case is DISMISSED. Accordingly, final judgment is entered in favor of the Commissioner and the case is closed.

**Dated:** New York, New York

November 5, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**